UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AARON BLAKE ROBERTSON,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 24-cv-2012 |
| : | |
| **EDWIN GEORGE PFURSICH, IV,** *et al.*, : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 10th day of July, 2024, upon consideration of Aaron Blake Robertson's Motion to Proceed *In Forma Pauperis* (ECF No. 7), Prisoner Trust Fund Account Statements (ECF No. 5, 6), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Aaron Blake Robertson, #QP-4780, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Dallas or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Robertson's inmate account; or (b) the average monthly balance in Robertson's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Robertson's inmate trust fund account exceeds $10.00, the Superintendent or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Robertson's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

2

      3.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Dallas.

      4.      The Complaint is **DEEMED** filed.

      5.      The Clerk of Court is **DIRECTED** to strike "Cody Pfursich as a defendant in this case.

      6.      For the reason's stated in the Court's Memorandum, the Complaint is **DISMISSED** as follows:

          a.  All federal claims pursuant to 42 U.S.C. § 1983 are **DISMISSED WITH PREJUDICE**.

          b.  All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

      7.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*

**JOSEPH F. LEESON, JR.**
**United States District Judge**